# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL R. JACKSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:18-CV-1172 PLC |
| STANLEY PAYNE, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED p**etitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of July, 2018